UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| WILLIAM MITCHELL, | Case No. 3:16-cv-00384-LRH-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BACA, et al., | |
| Respondents. | |

Before the court is petitioner's motion for extension of time to file a reply in support of his motion for reconsideration (ECF No. 66). The court shall grant an extension, but expressly advises petitioner that no further extensions will be granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 66) is **GRANTED**. Petitioner has **thirty (30) days** from the date of this order to file his reply in support of his motion for reconsideration.

DATED this 1st day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1